No. 4823.—MUÑIZ, apldo., v. CHAPEL, aplte.—

■■■■ C. D. San Juan. Dic. 18, 1928. No habiendo hecho el apelante gestión alguna en el presente caso a partir de mayo 17, 1928, en que radicó el escrito de apelación, se declara con lugar la moción del apelado y por tanto se desestima el recurso de apelación establecido contra sentencia de abril 4, 1928, dictada por la Corte de Distrito de San Juan.